UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NORTH CAROLINA
WILKESBORO DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| Michael L. Shor | ) | CHAPTER 13 |
| | ) | |
| | ) | CASE NO. 13-50008 |
| Debtors | ) | |

## MOTION TO DELAY FIRST MONEY

NOW COMES Debtor herein, by and through counsel, and respectfully shows the court:

1. The Debtors filed their Chapter 13 petition on January 5, 2012.
2. The First Meeting of Creditors was held on February 21, 2012.
3. The Debtor's First Money of $2473.00 was due on February 5, 2012.
4. To date, Debtor was only able to send in $1500.00 due to both a delay in reimbursement for work expenses, and an automatic withdrawal from Debtor's account which should have been stayed by the Automatic Stay and had to be reversed.
5. The Debtor has the ability and intention to pay the remaining $973 as well as the second payment of $2473 by the due date of the second payment, March 5, 2012.

WHEREFORE, the undersigned requests of the Court as follows:

1. That the Court grant the debtor the extra time to pay his first money.
2. For such other and further relief as this Court deems just and proper.

Today is February 22, 2013.

/s/ Jeanne Ann Pennebaker
Jeanne Ann Pennebaker
Attorney for Debtor
NC Bar 39174
128 N. McDowell St, Suite A
Charlotte, NC  28204
(704) 552-4444

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NORTH CAROLINA
WILKESBORO DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| Michael L. Shor | ) | CHAPTER 13 |
| | ) | |
| | ) | CASE NO. 13-50008 |
| Debtors | ) | |

## NOTICE OF HEARING ON MOTION

To all interested parties:

**TAKE NOTICE** that a Hearing on the **MOTION TO DELAY FIRST MONEY** in the above matter will be held on **Friday, March 8 at 9:30 AM**, United States Bankruptcy Court, Johnson J. Hayes Federal Building, 207 West Main St., Wilkesboro, NC  28697, or as soon thereafter as it can be heard by the Court.

Today is February 22, 2013.

/s/ Jeanne Ann Pennebaker
Jeanne Ann Pennebaker
Attorney for Debtor
NC Bar 39174
128 N. McDowell St, Suite A
Charlotte, NC  28204
(704) 552-4444

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NORTH CAROLINA
WILKESBORO DIVISION

|  |  |  |
|---|---|---|
| IN RE: | ) |  |
|  | ) |  |
| Michael L. Shor | ) | CHAPTER 13 |
|  | ) |  |
|  | ) | CASE NO. 13-50008 |
| Debtors | ) |  |

**CERTIFICATE OF SERVICE**

    The undersigned hereby certifies that a copy of the foregoing **MOTION TO DELAY FIRST MONEY** was served upon the following by personal delivery or electronic service through the US Bankruptcy Court:

Michael L. Shor
127 Tuskarora Point Lane
Mooresville, NC  28117

US Bankruptcy Administrator
Western District of North Carolina
402 W. Trade St., Suite 200
Charlotte, NC 28202-1669

Steven G. Tate
Chapter 13 Bankruptcy Trustee
212 Cooper Street
Statesville, NC  28677

Creditor Matrix


Today is February 22, 2013.

                                                      /s/ Jeanne Ann Pennebaker
                                                      Jeanne Ann Pennebaker
                                                      Attorney for Debtor
                                                      NC Bar 39174
                                                      128 N. McDowell St, Suite A
                                                      Charlotte, NC  28204
                                                      (704) 552-4444