UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | |
| Michael L. Shor ) | CHAPTER 13 |
| ) | |
| ) | CASE NO. 13-50008 |
| Debtors ) | |

## RESPONSE TO TRUSTEE'S MOTION TO DISMISS CASE OR MODIFY PLAN

NOW COMES Debtor, Michael L. Shor, herein, by and through counsel, and respectfully shows the court:

1. The Debtor opposes Trustee's Motion To Dismiss Case or Modify Plan, and requests a preliminary hearing on said motion.

WHEREFORE, the undersigned requests of the Court as follows:

1. That the Court deny Trustee's Motion To Dismiss Case.

2. For such other and further relief as this Court deems just and proper.

3. For approval of non-base attorney fees of $200.

Today is April 21, 2015.

/s/Jeanne Ann Pennebaker
Jeanne Ann Pennebaker
Attorney for Creditor
NC Bar 39174
128 N. McDowell St, Suite A
Charlotte, NC  28204
(704) 552-4444

# United States Bankruptcy Court
## Western District of North Carolina

In re  **Michael L Shor** _____ Case No.  **13-50008** _____

Debtor(s)    Chapter  **13** _____

## CERTIFICATE OF SERVICE

I hereby certify that on **April 21, 2015**, a copy of Response to Trustee's Motion To Dismiss Or To Modify Plan was served electronically or by regular United States mail to all interested parties, the Trustee and all creditors listed below.

_____

/s/ Jeanne Ann Pennebaker
Jeanne Ann Pennebaker
RTS Law Group
128 N. McDowell St.
Suite A
Charlotte, NC 28204
704-552-4444 Fax:704-973-9468
jp@rtslawgroup.com